ANDREW PETERSON (10074)
ERIN RILEY (8375)
Assistant Solicitors General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, 6th Floor
P.O. Box 140854
Salt Lake City, Utah 84114-0854
Telephone: (801) 366-0180
andrewpeterson@agutah.gov
eriley@agutah.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VON LESTER TAYLOR,<br><br>Petitioner,<br>v.<br><br>LARRY BENZON, Warden,<br><br>Respondent. | RESPONDENT'S OBJECTION TO TAYLOR'S LIST OF WITNESSES WHOSE TESTIMONY HE EXPECTS TO PRESENT BY DEPOSITION<br><br>Case No. 02:07-CV-00194 TC<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

On February 17, 2018, Petitioner Taylor filed his PETITIONER'S LIST OF WITNESSES WHOSE TESTIMONY HE EXPECTS TO PRESENT BY DEPOSITION (Doc. 349). Taylor has listed seven (7) individuals whose testimony he expects to present by deposition. Respondent hereby objects to testimony being presented by deposition as to the following:

(2) Terry Christiansen, deposition taken on January 7, 2015,

(3) Joseph Offret, deposition taken on January 8, 2015, and

(4) Robert Adkins, deposition taken on January 9, 2015.

 These deposition transcripts do not satisfy the preconditions for admissibility of testimonial depositions.  Rule 26(a)(3)(A)(ii), Federal Rules of Civil Procedure, permits a party to present witnesses by deposition.  But rule 26(a)(3)(B) limits admissibility where a party objects that use of the deposition would violate rule 32(a), Federal Rules of Civil Procedure.  Rule 32(a)(4) allows using depositions in lieu of live testimony only when the witness is unavailable because, for instance, he lives more than 100 miles from the place of the hearing or is ill.  Taylor has not established that Mssrs. Christiansen, Offret, and Adkins are unavailable to testify in this hearing.  Nor has Taylor listed Christiansen or Adkins as witnesses who could be impeached using their depositions.  *See* Fed. R. Civ. P. 32(a)(2).

 Respondent therefore respectfully requests that this Court deny Petitioner Taylor's request and prohibit him from presenting testimony by deposition in lieu of live testimony for Mssrs. Christiansen, Offret, and Adkins.

Dated this 3rd day of March 2018.

              SEAN D. REYES
              UTAH ATTORNEY GENERAL

              /s/ Erin Riley

              Andrew F. Peterson
              Erin Riley
              Assistant Solicitors General
              Attorneys for Respondent

## CERTIFICATE OF SERVICE

I hereby certify that on 3 March 2018, I electronically filed the foregoing RESPONDENT'S OBJECTION TO TAYLOR'S LIST OF WITNESSES WHOSE TESTIMONY HE EXPECTS TO PRESENT BY DEPOSITION with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the following:

Brian M. Pomerantz
6351 Owensmouth Avenue, Suite 203
Woodland Hills, CA  91367
habeas@protonmail.com

and

Kenneth F. Murray
316 East Mitchell Drive
Phoenix, AZ  85012
kfmurray2013@gmail.com

(attorneys for Petitioner Taylor)

Marcus R. Yockey
Assistant Attorney General
4501 South 2700 West
PO Box 141775
Salt Lake City, UT 84114
myockey@agutah.gov

(Counsel for Utah Department of Public Safety)

/s/ Melissa Walkingstick Fryer