ANDREW F. PETERSON (10074)
ERIN RILEY (8375)
Assistant Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
Heber Wells Bldg.
160 East 300 South, 6th Floor
P.O. Box 140854
Salt Lake City, Utah 84114-0854
Telephone:  (801) 366-0180
tbrunker@utah.gov
eriley@utah.gov

Respondent's counsel

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH - CENTRAL DIVISION

---

| | |
|---|---|
| VON LESTER TAYLOR,<br><br>    Petitioner,<br><br>v.<br><br>LARRY BENZON, Warden Utah State Prison,<br><br>    Respondent. | NOTICE OF CONVENTIONAL FILING<br><br><br>Case No.  2:07-CV-194<br><br>Honorable Tena Campbell |

Please take notice that Respondent, Larry Benzon, has conventionally filed the

Appendices of Appellate Records and Other Penalty Phase Documents related to Proposed

Findings of Fact and Conclusions of Law.  The Proposed Findings of Fact and Conclusions

of Law was filed electronically with the Court on July 27, 2018.  (See doc. 391).  These electronic State Court records are conventionally filed due to size.

DATED January 11, 2019.

SEAN D. REYES
Utah Attorney General

/s/ Erin Riley

ERIN RILEY
Assistant Solicitor General